# Third District Court of Appeal
## State of Florida

Opinion filed July 12, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2173
Lower Tribunal No. 22-6067
_____

**Nicolas A. Manzini,**
Appellant,

vs.

**Facebook Miami, Inc., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Nicolas A. Manzini, in proper person.

Kozyak Tropin & Throckmorton, and Dwayne Robinson; Orrick, Herrington & Sutcliffe LLP, and Katherine Munyan (New York, NY) and Eric Shumsky (Washington, DC), for appellee.

Before SCALES, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.